# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Alexis Marie Peters<br>Debtor(s) | BK NO. 22-02009 HWV<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Pennsylvania Equity Resources, Inc. and index same on the master mailing list.

                          Respectfully submitted,

                          **/s/ Denise Carlon, Esquire**
                          Denise Carlon, Esquire
                          KML Law Group, P.C.
                          BNY Mellon Independence Center
                          701 Market Street, Suite 5000
                          Philadelphia, PA  19106
                          215-627-1322