Certificate Number: 06531-PAM-DE-036972271

Bankruptcy Case Number: 22-02009



06531-PAM-DE-036972271

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 12, 2022, at 11:10 o'clock AM CST, Alexis Peters completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 12, 2022

By: /s/Jennifer Schuler

Name: Jennifer Schuler

Title: Certified Credit Counselor