UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ALEXIS MARIE PETERS | CASE NO: 22-02009<br><br>**DECLARATION OF MAILING<br>CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 12/22/2022, I did cause a copy of the following documents, described below,

Motion to Dismiss

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/22/2022

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ALEXIS MARIE PETERS

CASE NO: 22-02009

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 12/22/2022, a copy of the following documents, described below,

Motion to Dismiss

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/22/2022

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 22-02009
MIDDLE DISTRICT OF PENNSYLVANIA
THU DEC 22 9-42-36 PST 2022

CAPITAL ONE AUTO FINANCE  A DIVISION OF
CAPI
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

PRA RECEIVABLES MANAGEMENT  LLC
PO BOX 41021
NORFOLK  VA 23541-1021


EXCLUDE

(U)PENNSYLVANIA EQUITY RESOURCES  INC

EXCLUDE

US BANKRUPTCY COURT
RONALD REAGAN FEDERAL BUILDING
228 WALNUT ST  RM 320
HARRISBURG  PA 17101-1737

AES MEMBERS 1ST FCU
ATTN BANKRUPTCY
PO BOX 40
MECHANICSBURG  PA 17055-0040


AMERICOLLECT  INC
PO BOX 1505
MANITOWOC  WI 54221-1505

ANDREW SMITH
40 JOAN DR
YORK  PA 17404-8288

(P)DEPARTMENT OF LABOR  INDUSTRY
ATTN OFFICE OF CHIEF COUNSEL
651 BOAS STREET 10TH FLOOR
HARRISBURG PA 17121-0751


CAPITAL ONE
PO BOX 31293
SALT LAKE CITY  UT 84131-0293

CAPITAL ONE AUTO FINANCE
ATTN BANKRUPTCY
7933 PRESTON RD
PLANO  TX 75024-2302

CAPITAL ONE AUTO FINANCE  A DIVISION C
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901


COMENITYCAPITALULTA
ATTN BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS  OH 43218-2125

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY  OH 43054-3025

EQUITY RESOURCES INC
1 CORPORATE DR
LAKE ZURICH  IL 60047-8944


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

KACI PETERS
2104 MERRIMAN WAY
APT 7
PITTSBURGH  PA 15203-1980

LENDCLUB BNK
ATTN BANKRUPTCY
595 MARKET STREET  SUITE 200
SAN FRANCISCO  CA 94105-2802


NAVIENT SOLUTIONS INC
ATTN BANKRUPTCY
PO BOX 9500
WILKES-BARRE  PA 18773-9500

OFFICE OF ATTORNEY GENERAL
FINANCIAL ENFORCEMENT
16TH FLOOR  STRAWBERRY SQUARE
HARRISBURG  PA 17120-0001

PA DEPARTMENT OF REVENUE
DEPARTMENT 280946  ATTNBANKRUPTCY
HARRISBURG  PA 17128-0946


PENN STATE HEALTH MILTON S HERSHEY
LEGAL BANKRUPTCY
PO BOX 854  MAIL CODE A410
HERSHEY  PA 17033-0854

REPUBLIC BANK  TRUST COMPANY
PO BOX 927830
SAN DIEGO  CA 92192-7830

SYNCHRONY BANK
CO PRA RECEIVABLES MANAGEMENT  LLC
PO BOX 41021
NORFOLK  VA 23541-1021


SYNCHRONYASHLEY FURNITURE HOMESTORE
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060

(P)U S  DEPARTMENT OF JUSTICE TAX
DIVISION
CIVIL TRIAL SECTION EASTERN REGION
P O BOX 227
BEN FRANKLIN STATION
WASHINGTON DC 20044-0227

UPMC IN CENTRAL PA
PO BOX 2353
HARRISBURG  PA 17105-2353

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

EXCLUDE

UNITED STATES ATTORNEY
PO BOX 11754
HARRISBURG   PA 17108-1754

UNITED STATES TRUSTEE
228 WALNUT STREET  SUITE 1190
HARRISBURG   PA 17101-1722

(P)UPGRADE  INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-2322

EXCLUDE

EXCLUDE

WELLSPAN HEALTH
PO BOX 742688
CINCINNATI   OH 45274-2688

ALEXIS MARIE PETERS
40 JOAN DR
YORK   PA 17404-8288

JOHN MATTHEW HYAMS
LAW OFFICES OF JOHN M HYAMS
2023 N 2ND ST
HARRISBURG   PA 17102-2151

LAWRENCE V YOUNG (TRUSTEE)
CGA LAW FIRM
135 NORTH GEORGE STREET
YORK   PA 17401-1132