United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Alexis Marie Peters  
    Debtor

Case No. 22-02009-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jan 24, 2023      Form ID: pdf010      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexis Marie Peters, 40 Joan Dr., York, PA 17404-8288 |
| 5501674 | + | Aes Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 5501676 | + | Andrew Smith, 40 Joan Dr., York, PA 17404-8288 |
| 5501681 | + | Equity Resources Inc, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 5501682 | + | Kaci Peters, 2104 Merriman Way, Apt. 7, Pittsburgh, PA 15203-1980 |
| 5501693 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5501685 | | Penn State Health Milton S. Hershey, Legal/ Bankruptcy, P.O. Box 854, Mail Code A410, Hershey, PA 17033-0854 |
| 5501686 | | Republic Bank & Trust Company, PO Box 927830, San Diego, CA 92192-7830 |
| 5501689 | | UPMC in Central PA, PO Box 2353, Harrisburg, PA 17105-2353 |
| 5501696 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5501690 | | Wellspan Health, PO Box 742688, Cincinnati, OH 45274-2688 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 24 2023 18:40:49 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 24 2023 18:40:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5501675 | | Email/Text: ebn@americollect.com | Jan 24 2023 18:40:00 | Americollect, Inc., PO Box 1505, Manitowoc, WI 54221-1505 |
| 5501677 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2023 18:40:54 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5501678 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 24 2023 18:40:45 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5502404 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 24 2023 18:40:54 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5501679 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 24 2023 18:40:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5501691 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 24 2023 18:40:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5501680 | + | Email/Text: mrdiscen@discover.com | Jan 24 2023 18:40:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5501692 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 24 2023 18:40:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5501683 | + | Email/Text: Documentfiling@lciinc.com | Jan 24 2023 18:40:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 5501684 | + | Email/PDF: pa_dc_claims@navient.com | Jan 24 2023 18:40:49 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box |

| | | | |
|---|---|---|---|
| | | | 9500, Wilkes-Barre, PA 18773-9500 |
| 5501695 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2023 18:40:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5501903 | + Email/PDF: gecsedi@recoverycorp.com | Jan 24 2023 18:40:53 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5501687 | + Email/PDF: gecsedi@recoverycorp.com | Jan 24 2023 18:40:45 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5501694 | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Jan 24 2023 18:40:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5501688 | Email/Text: bknotice@upgrade.com | Jan 24 2023 18:40:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Pennsylvania Equity Resources Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Matthew Hyams | on behalf of Debtor 1 Alexis Marie Peters jmh@johnhyamslaw.com acb@johnhyamslaw.com;sew@johnhyamslaw.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Lawrence V. Young | lyoung@cgalaw.com pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                :    Case No: 1:22-bk-02009-HWV
                                      :
ALEXIS MARIE PETERS                   :    Chapter 7
                                      :
    Debtor                          :

**ORDER**

The Debtor's Motion to Withdraw her Voluntary Petition in connection with the Chapter 7 case, having come this day to be heard, and good cause therefore appearing; it is hereby

**ORDERED**, that the Debtor's Motion to Withdraw her Voluntary Petition under Chapter 7 is hereby **GRANTED**.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 24, 2023